Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN ANDERSON,
    Petitioner,

vs.                                      Case No.:  4:21cv161/MW/EMT

WALT MCNEIL, et al.,
    Respondents.
_____/

## **REPORT AND RECOMMENDATION**

Petitioner commenced this case by filing a petition for writ of habeas corpus (ECF No. 1).  On April 23, 2021, the court issued an order directing Petitioner to file an amended petition on the court-approved form and either pay the filing fee or file a motion to proceed in forma pauperis (ECF No. 3).  The court set a thirty-day deadline for Petitioner to comply with the order of April 23 (*see id.*).

Petitioner did not comply with the court's order by the deadline; therefore, on June 15, 2021, the court issued an order directing Petitioner to show cause, within thirty days, why this case should not be dismissed for Petitioner's failure to comply with an order of the court (ECF No. 4).  The thirty-day deadline has now passed, and Petitioner has not responded to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus (ECF No. 1) be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 20<u>th</u> day of July 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 4:21cv161/MW/EMT