## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CALVIN ANDERSON,**

　　　*Petitioner*,

**v.**　　　　　　　　　　　　　　**Case No.: 4:21cv161-MW/EMT**

**WALT MCNEIL, et al.,**

　　　*Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus is **DISMISSED without prejudice** for failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on August 18, 2021.**

　　　　　　　　　　　　**s/Mark E. Walker**　　　　
　　　　　　　　　　　　**Chief United States District Judge**